FRED P. CONE, J. M. LEE and W. V. KNOTT, as Members of and Constituting the STATE BOARD OF ADMINISTRATION, v. STATE *ex rel.* R. E. CARTER (No. 3902).

198 So. 692

Division A

Opinion Filed November 12, 1940

Rehearing Denied December 15, 1940

*George Couper Gibbs,* Attorney General, and *J. Compton French,* Assistant Attorney General, for Plaintiff in Error;

*Mabry, Reaves, Carlton & White,* for Defendant in Error.

PER CURIAM.—Judgment awarding peremptory writ of mandamus is affirmed on authority of the opinions and judgments in the cases of Cone *et al.,* v. State *ex rel.* Massey, 137 Fla. 417, 189 Sou. 44, and State *ex rel.* Georgia Bond

& Mortgage Co. v. Cone, *et al.*, 137 Fla. 412, 189 Sou. 47, and Cone, *et al.*, v. State *ex rel.* Davis, filed this day.

So ordered.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, P. J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.